# EXHIBIT B

# U.S. Patent No. US 8,799,083 v. Starbucks

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Starbucks ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Starbucks application which is installed on various devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users to perform various functionalities such as finding nearby Starbuck locations and viewing menus. Additionally, the application allows users to order a meal ("service") from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu").<br><br>Source: https://www.starbucks.com/rewards/mobile-apps/ |

2



Source: https://play.google.com/store/apps/details?id=com.starbucks.mobilecard&hl=en&_branch_match_id=1214812034240261378&utm_source=Web&utm_medium=marketing&_branch_referrer=H4sIAAAAAAAA8soKSkottLXLy5JLEoqTc4u1kssKNDLyczL1i8Pr4qKsgywrDIFAPn4hjwlAAAA (annotated)

3



Source:
https://play.google.com/store/apps/details?id=com.starbucks.mobilecard&hl=en&_branch_match_id=12148120342402

| | |
|---|---|
| | 61378&utm_source=Web&utm_medium=marketing&_branch_referrer=H4sIAAAAAAAA8soKSkottLXLy5JLEoqTc4u1kssKNDLyczL1i8Pr4qKsgywrDIFAPn4hjwlAAAA (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after selection of the meal options, the user receives the bill for the ordered meal ("bill for the at least one service") through the Starbucks application ("a system of a restaurant") installed on the user's smartphone. |

5



Source: https://stories.starbucks.com/stories/2020/a-how-to-guide-for-digital-ordering-at-starbucks/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the user receives the bill, the application allows the user to pay the bill through a checkout option ("self-checkout by at least one customer") where the user pays the bill ("payment") through multiple payment methods such as a credit card, debit card or a PayPal account ("payment is submitted without interaction with the staff associated with the restaurant").<br><br>**Contactless ways to pay**<br><br>In addition to the order ahead and pay feature, the Starbucks app allows for contactless digital payments in the store.<br><br>If ordering in the store, click on the "scan" button then go into the "scan & pay" tab. Choose how you want to pay, then scan to earn Stars and pay seamlessly in one step. In the app you can also add funds to your Starbucks Card or save a credit/debit card or PayPal account.<br><br>Source: https://stories.starbucks.com/stories/2020/a-how-to-guide-for-digital-ordering-at-starbucks/ (annotated) |

7



Source: https://stories.starbucks.com/stories/2020/a-how-to-guide-for-digital-ordering-at-starbucks/ (annotated)

8



Source: https://stories.starbucks.com/stories/2020/a-how-to-guide-for-digital-ordering-at-starbucks/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

9

## 2. List of References

1. https://www.starbucks.com/rewards/mobile-apps/, last accessed on 2 May, 2024.
2. https://play.google.com/store/apps/details?id=com.starbucks.mobilecard&hl=en&_branch_match_id=1214812034240261378&utm_source=Web&utm_medium=marketing&_branch_referrer=H4sIAAAAAAAAA8soKSkottLXLy5JLEoqTc4u1kssKNDLyczL1i8Pr4qKsgywrDIFAPn4hjwlAAAA, last accessed on 2 May, 2024.
3. https://stories.starbucks.com/stories/2020/a-how-to-guide-for-digital-ordering-at-starbucks/, last accessed on 2 May, 2024.