## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00448

Plaintiff:
**Analytical Technologies, LLC**

vs.

Defendant:
**Starbucks Corporation**
For:
Garteiser Honea, PLLC
119 W. Ferguson St.
Tyler, TX 75702

Received by Candace Faye Humphreys on the 17th day of June, 2024 at 2:38 pm to be served on **Starbucks Corporation c/o Corporation Service Company d/b/a CSC - Lawyer's Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701**.

I, Candace Faye Humphreys, being duly sworn, depose and say that on the **17th day of June, 2024** at **2:56 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company d/b/a CSC - Lawyer's Incorporating Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Starbucks Corporation** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 17th day of June, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

**Candace Faye Humphreys**
PSC-23879, Exp. 2/28/2026
Date: 06/17/2024

**Malone Process Service, LLC**
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2024007370